IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANTHONY CHARLES MURPHY, <br><br> Petitioner, <br><br> v. <br><br> BRIAN NEILSON et al., <br><br> Respondents. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br><br> Case No. 4:18-CV-60-DN <br><br> District Judge David Nuffer |

Petitioner, Anthony Charles Murphy, filed a habeas-corpus petition. He now moves for dismissal. Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the [petitioner's] request."

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's motion is GRANTED. (*See* Docket Entry # 19.) The action is DISMISSED WITHOUT PREJUDICE.

DATED this 24th day of April, 2019.

BY THE COURT:

JUDGE DAVID NUFFER
United States District Court